UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOSE A. SORTO, on behalf of himself
and all others similarly situated, and
JOSE A. SORTO RAMOS, HENRY ZELAYA,
and ERIK RIOS, individually,
                    Plaintiffs,

                    ORDER
-against-                    17-CV-05599 (JFB) (SIL)

LEGACY LANDSCAPING, INC.,
and GREGG FOWLER.

                    Defendants.
-----------------------------------------------------------------X

JOSEPH F. BIANCO, District Judge:

      The parties have submitted to the Court for approval a Settlement Agreement, which has been executed by all parties, resolving the instant litigation. (ECF No. 18.)

      It is well settled that judicially supervised settlements are an exception to the rule that employees cannot waive claims under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq.*, for unpaid wages and overtime. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206-07 (2d Cir. 2015). Having carefully reviewed the Settlement Agreement, and for the reasons set forth on the record during the conference held on January 9, 2019, the Court finds that it is fair and reasonable under all of the circumstances. Accordingly, IT IS HEREBY ORDERED that approval of the Settlement Agreement, including attorney's fees and costs, is granted.

                                      SO ORDERED.

                                      S/ JOSEPH F. BIANCO

                                      Joseph F. Bianco
                                      United States District Judge

Dated: January 9, 2019
       Central Islip, New York